UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LEE SIMS, | Case No. 16-cv-06779-JST (RMI) |
| Plaintiff, | |
| v. | **REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |
| S. ZAVALA, et al., | |
| Defendants. | |

A settlement conference was held on May 30, 2018, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

( X ) Plaintiff, Rickey Lee Sims, Pro Se.

( ) Warden or warden's representative

( X ) Office of the California Attorney General, Neah Huynh.

( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

( X ) The case has been completely settled.

( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 5/31/2018

_____
ROBERT M ILLMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LEE SIMS,<br><br>  Plaintiff,<br><br>  v.<br><br>S. ZAVALA, et al.,<br><br>  Defendants. | Case No. 16-cv-06779-JST (RMI)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 31, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rickey Lee Sims ID: #:AR-7765
Corcoran State Prison
P.O. Box 3461, 3C-04-Cell 127 Low
Corcoran, CA 93212-3461

Dated: May 31, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable ROBERT M ILLMAN

3